

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,366-01

### EX PARTE JUSTIN METZLER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1548431-A IN THE 183RD DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of driving while intoxicated third offense and sentenced to six years' imprisonment. The Applicant did not file a direct appeal. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that plea was involuntary because at the time of his plea, the report on the analysis of Applicant's blood draw was pending and, after his guilty plea, showed that Applicant's blood alcohol content was only 0.04. Based on the record, the trial court has determined that Applicant's plea was involuntary because Applicant was unaware of a crucial fact to his case

at the time of his plea.

However, based on our independent review of the entire record, this Court finds that Applicant has failed to show that his guilty plea was involuntarily or unknowingly made when he pled guilty knowing that a particular fact was unknown or at least uncertain. *Ex parte Broussard*, 517 S.W.3d 814, 817 (Tex. Crim. App. 2017). We deny relief.

Delivered: April 14, 2021
Do not publish